**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **MATTHEW D. GEIER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:23-CV-567** |
| | ) | |
| **CITY OF MONTGOMERY, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** Ivy Collins-Harris, and gives notice of appearance to this Honorable Court on behalf of City of Montgomery and Steven L. Reed, in the above-styled action.

Respectfully submitted this the 6th day of October, 2023.

/s/ Ivy Collins-Harris
Ivy Collins-Harris (COL189)
Attorney for Defendants
ASB #: 9824-e48b

OF COUNSEL:
City of Montgomery
103 North Perry Street
Montgomery, Alabama 36104
Telephone: (334) 625-2050
Facsimile: (334) 625-2310
Email: icollinsharris@montgomeryal.gov

**CERTIFICATE OF SERVICE**

I hereby certify that foregoing has been served upon the following by electronic filing and notification through CM/ECF with the United States District Court Middle District of Alabama on this 6th day of October 2023:

H. Wallace Blizzard, Esq.
Wiggins, Childs, Pantazis, Fisher, and Goldfarb, LLC.
301 19th Street North
Birmingham, Alabama 35203

Daniel A. Hannan, Esq.
Daniel A. Hannan, LLC.
Post Office Box 4248
Gulf Shores, Alabama 36542

*/s/ Ivy Collins-Harris*
OF COUNSEL